In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13742

_____

CYNTHIA ALLEN,
individually and on behalf of others
similarly situated, et al.,

                                                    Plaintiffs,

AMANDA CURLEE,

                               Intervenor Plaintiff-Appellant,

*versus*

AT&T MOBILITY SERVICES, LLC,
a.k.a. AT&T Mobility LLC,

                                         Defendant-Appellee,

AT&T SERVICES, INC.,

Defendant.

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:18-cv-03730-WMR

Before JORDAN, ROSENBAUM, and ABUDU, Circuit Judges.

BY THE COURT:

In a prior appeal in this action, we raised and the parties briefed the following jurisdictional issue of finality: whether the January 23, 2023, stipulation of voluntary dismissal was effective to dismiss Cynthia Allen's and Kristine Webb's claims against AT&T Mobility Services, LLC under Fed. R. Civ. P. 41(a)(1)(A)(ii) even though it was not signed by AT&T Services, Inc. We dismissed the prior appeal without resolving that issue. *See Allen v. AT&T Mobility Servs., LLC*, 104 F.4th 212 (11th Cir. 2024).

As to the present appeal, we CARRY WITH THE CASE the finality issue regarding the January 23, 2023, stipulation that we raised in the prior appeal. A final determination regarding this jurisdictional issue will be made by the panel to whom this case is submitted after briefing on the merits is completed. In their merits briefs, the parties are not required to discuss the jurisdictional issue in great detail, but they may address it as they deem necessary or appropriate.